IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:03-cr-379-JAM |
| Plaintiff, | ) | |
| | ) | ORDER AMENDING THE JUDGMENT |
| v. | ) | |
| YULY KROYTOR | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is the Defendant's May 14, 2012, Motion to Correct the Judgment and Commitment order in this case. On June 22, 2012, the United States Attorney's Office for the Eastern District of California filed a statement of non-opposition to the motion.

**ORDER**

The Court has given notice the parties that the Court deems appropriate. Fed. R. Crim. P. 36.

The Court finds that, prior to the entry of the original sentence, the defendant had tendered sufficient payment to make any victim of the crime of conviction whole.

Therefore, the previous amendment of the Judgment and Sentence, modified on September 8, 2011, created "an error in the record arising from oversight" because it added an order of restitution where one was not permitted by statute. Id.

1

1    Accordingly, the Judgment and sentence in this case is re-
2 amended, nunc pro tunc, to remove the order of restitution which was
3 added on September 8, 2011.
4
5
6    **IT IS SO ORDERED.**
7
8
Dated: July 17, 2012            /s/ John A. Mendez
9                               The Honorable John A. Mendez
                                United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28